UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

ALONZO R. BOYD,

      *Petitioner*,

v.

MICHAEL CLARK, *et al.*,

      *Respondents*.

Civil Action No. 1:16-cv-00264-BR-SPB

**ORDER**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter and receiving no objection from Petitioner, **HEREBY ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;

2. The Petition for Writ of Habeas Corpus is **DENIED**;

3. A Certificate of Appealability is **DENIED**;

4. This case is **CLOSED**; and

5. The clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATE: April 27, 2017

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE